NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOMICIANO REDONDO**,
*Plaintiff-Appellant,*

**v.**

**UNITED STATES**,
*Defendant-Appellee.*

---

2013-5058

---

Appeal from the United State Court of Federal Claims in No. 12-CV-0489, Senior Judge Robert J. Yock.

---

**ON MOTION**

---

**O R D E R**

Domiciano Redondo seeks an order compelling both parties to resolve this case through mediation. The United States opposes.

To the extent Mr. Redondo is asking that his case be selected for this court's mediation program, we note that only cases where all parties are represented by counsel are eligible for the program. *See* Appellate Mediation Program Guideline 2.

2                                    DOMICIANO REDONDO v. US

To the extent Mr. Redondo is asserting that the Court of Federal Claims dismissed his case for lack of jurisdiction when it should have proceeded to mediation, that is an issue going to the merits of his appeal.  Mr. Redondo should include any arguments directed thereto in his informal brief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25